UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-2265-Dube
08-20195-CR-DLG

UNITED STATES OF AMERICA
         Plaintiff,

vs.

Juan M Sanchez,
         Defendant.
_____/

## ORDER ON NEBBIA CONDITION

**This matter** is before this Court for consideration of satisfaction of Nebbia requirement as a condition of bond. The Government has indicated that it has no objections to the Nebbia Proffer as submitted. This Court has considered the Nebbia Proffer by the defendant. After being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the defendant's Nebbia Proffer is approved. The Nebbia condition has **been satisfied.**

**DONE AND ORDERED** this 24th day of Feb, 2008, at Miami, Florida.

_____
U. S. MAGISTRATE JUDGE

cc:   Hon.
      AUSA
      Defense
      U. S. Pretrial Services Office
      U. S. Marshal Service

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.                                                            CASE NO. 08-mj-2205-PRP

JOAM SANCHEZ,

    Defendant

_____/

### STIPULATED SATISFACTION OF NEBBIA

The Defendant, JOAM SANCHEZ, and the United States Government, file the above-styled pleading with this Honorable Court and states as follows:

1. On February 21, 2008, the Honorable Peter Palermo set a $75,000.00 ten percent (10%) bond in this case.

2. The source of the 10% being deposited with the Court are being drawn from the father's, Leonardo Sanchez, Visa account. (See attached exhibit)

3. The funds from the Visa card are the proceeds of a home equity line obtained from the Defendant's parents home. The home equity line was obtained on February 28, 2008.

4. The parents income tax return and bank statements from August, 2007 through January, 2008 were provided to the Government as further proof of income. (See attached exhibit.)

5. A.U.S.A. Christina Perez has reviewed the above referenced documents and has no objection.

6.  The parties hereby stipulate to the Court that the nebbia requirements have been satisfied.

Respectfully submitted,

_____   _____
Christina Perez-Cabrera              Eliot Lupkin Esq.
Assistant United States Attorney     Attorney for Defendant
99 NE 4th Street                     1975 E. Sunrise Boulevard
Miami, FL 33132                      Suite 509
                                     Sunrise, FL 33304
                                     (305) 767-9200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.                                           CASE NO. 08-mj-2205-PRP

JOAM SANCHEZ,

      Defendant

_____/

**AFFIDAVIT**

    BEFORE ME, the undersigned authority, personally appeared, LEONARDO SANCHEZ, whom after being duly sworn, deposes and says as follows:

1. Your Affiant is the father of the Defendant.
2. Your Affiant has supplied income tax returns, bank statements, credit card receipts and documentation of a home equity loan in order to post bond on behalf of my son.
3. All of the noted document are true and accurate and you Affiant has custody of the originals.

    FURTHER AFFIANT SAYETH NAUGHT

                                                                   _____
                                                                   Leonardo Sanchez

STATE OF FLORIDA
COUNTY OF DADE

    The foregoing instrument was acknowledged before me this 29 day of February, 2008, by Leonardo Sanchez who is personally known to me or who has produced_____, as identification and who did take an oath.

                                                                       Notary Public

Notary Public State of Florida
K Kelley
My Commission DD594853
Expires 09/13/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.

CASE NO. 08-mj-2205-PRP

JOAM SANCHEZ,

    Defendant

_____/

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared, NIURYS MOREJON, whom after being duly sworn, deposes and says as follows:

1. Your Affiant is the mother of the Defendant.
2. Your Affiant has supplied income tax returns, bank statements, credit card receipts and documentation of a home equity loan in order to post bond on behalf of my son.
3. All of the noted document are true and accurate and you Affiant has custody of the originals.

FURTHER AFFIANT SAYETH NAUGHT

_____
Niurys Morejon

STATE OF FLORIDA
COUNTY OF DADE

The foregoing instrument was acknowledged before me this 29 day of February, 2008, by Niurys Morejon, who is personally known to me or who has produced_____, as identification and who did take an oath.

_____
Notary Public



Notary Public State of Florida
K Kelley
My Commission DD594853
Expires 09/13/2010